IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

ANTHONY WILLIAM CAMPBELL                                  PLAINTIFF

v.                                      CIVIL ACTION NO.: 3:20-cv-00096-MPM-JMV

ANDREW SAUL,
Commissioner of Social Security                                 DEFENDANT

## ORDER GRANTING STAY

THIS CAUSE having come on for hearing on the Defendant's Unopposed Motion for Stay and this Court, having considered the same and being fully advised in the premises and noting that Plaintiff has no objection, is of the opinion that said Unopposed Motion for Stay should be granted in part.

IT IS, THEREFORE, ORDERED that this action is STAYED for 60 days or until such time as the Defendant is able to file a copy of the certified transcript of the record, whichever is earlier.

This the 28th day of May, 2020.

                                                   /s/ Jane M. Virden
                                                   UNITED STATES MAGISTRATE