IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**ANTHONY WILLIAM CAMPBELL**                          **PLAINTIFF**

**v.**                          **CIVIL ACTION NO.: 3:20-CV-96-MPM-JMV**

**ANDREW SAUL**
*Commissioner of Social Security*                          **DEFENDANT**

## **ORDER**

After consideration of Defendant's Unopposed Second Motion for Stay [8], the Court finds that the Motion should be granted.

IT IS ORDERED that said motion is GRANTED, and this action is STAYED for 60 days from this date or until such time as the Defendant is able to file a certified copy of the administrative record, whichever occurs first.

This, the 27th day of July, 2020.

/s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE