# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

**ANTHONY WILLIAM CAMPBELL**        **PLAINTIFF**

**V.**        **NO: 3:20-CV-96**

**COMMISSIONER OF SOCIAL SECURITY**        **DEFENDANT**

## ORDER APPROVING AND ADOPTING REPORT AND RECOMMENDATION

Having considered the file and records in this action, the Court finds that the Report and Recommendation of the United States Magistrate Judge was duly served on all parties; that more than fourteen days have elapsed since service of the Report and Recommendation; and that no objection to the Report and Recommendation has been filed or served by any party. The Magistrate Judge's Report and Recommendation should be approved and adopted as the opinion of the Court.

**ACCORDINGLY, IT IS ORDERED**:

1. The Report and Recommendation of the United States Magistrate Judge (ECF No. 41) is hereby **APPROVED AND ADOPTED** as the opinion of the Court.

2. Plaintiff's Motion for an Award of Attorney Fees under 42 U.S.C. § 406(b) is **GRANTED.**

3. Payment to counsel for Plaintiff from Plaintiff's past-due benefits in the amount of $8,890.82 is **APPROVED**.

4. The Court does not require that counsel for Plaintiff reimburse Plaintiff any amount. The remaining balance of Plaintiff's past-due benefits withheld by the agency shall be paid to Plaintiff.

**SO ORDERED AND ADJUDGED**, this the 6th day of April, 2023.

/s/ **Michael P. Mills**
**UNITED STATES DISTRICT JUDGE**
**NORTHERN DISTRICT OF MISSISSIPPI**